IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr212-MHT |
| RICKY NELSON DAWSON | ) | (WO) |

CONSENT RESTITUTION ORDER

By agreement of the parties on the record on June 5, 2013, and pursuant to 18 U.S.C. § 3663A, it is ORDERED that the government's motion for entry of restitution order (doc. no. 42) is granted and that defendant Ricky Nelson Dawson is to make restitution as follows:

(1) Because the victims' losses were not ascertainable ten days prior to sentencing, which took place on March 8, 2013, the court set a date for the final determination of the victims' losses pursuant to 18 U.S.C. § 3664(d)(5). If, subsequent to today, the victims discover further losses, the victims shall have 60 days after discovery of those losses in which to petition the court for an amended restitution order.

(2) Defendant Dawson is to make restitution in the total amount of $ 3,932,358.41, in accordance with, 18 U.S.C. § 3664(j)(1) in the following amounts and to the following authorities:

> East Central Baldwin County
> Attn: Charles Hall, General Manager
> 22844 County Road 87
> Robertsdale, AL 36567
> $ 149,838.29
>
> Mexia Water System
> Attn: J.J. McMilliam
> P.O .Box 247
> Mexia, AL 36458
> $ 7,000.00
>
> Town of Autaugaville
> Attn: F.B. Ward
> P.O. Box 237
> Autaugaville, AL 36003
> $ 21,464.60
>
> St. Stephens Water System
> Attn: Sammie Faith
> P.O. Box 24
> St. Stephens, AL 36569
> $ 75,000.00
>
> Southern Pine Electric Cooperative
> P.O. Box 528
> Brewton, AL 36427
> $ 400,000.00

Perry County Water Authority
Attn: Earl C. Ford
P.O. Box 485
Marion, AL 36756
$ 611,960.00

City of Thomasville Water Works and Sewer Board
Attn: Deborah P. Ballard
P.O. Box 127
Thomasville, AL 36784
$ 1,956,559.29

Autauga County Water Authority
P.O. Box 680294
Prattville, AL 36068-0294
$ 710,536.23

(3) Said restitution is due immediately.

(4) Payments are to be made to the U.S. District Court Clerk for distribution to the victims. Any balance remaining at the start of supervision shall be paid at the rate of not less than of $ 200 per month.

(5) In fashioning this repayment schedule, the court has considered the following factors contained in 18 U.S.C. § 3664(f)(2):

>   (A) the financial resources and other assets of the defendant, including whether any of the assets are jointly controlled.

3

    (B) projected earnings and other income of the defendant; and

    (C) any financial obligations of the defendant, including obligations to dependents.

(6) Interest on restitution is waived.

(7) All other terms and conditions originally imposed by the court on March 8, 2013, and included in the judgment and commitment order, signed and dated on March 13, 2013 (doc. no. 32), remain in full force and effect.

DONE, this the 6th day of June, 2013.

                            /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**